# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zachary Sitton, | No. CV-22-00778-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Arroyo Enterprise Group LLC, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 35), filed on August 9, 2023,

**IT IS ORDERED** approving the Stipulation (Doc. 35) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 10th day of August, 2023.

Honorable Diane J. Humetewa
United States District Judge